UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHYLLIS BEAMON, )<br>    Plaintiff, )<br>)<br>  vs. )<br>)<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA, )<br>    Defendant. ) | 1:03-CV-1186-SEB-JPG |

### **JUDGMENT**

    The Court, having contemporaneously granted Defendants' Motion for Summary Judgment, **IT IS NOW ADJUDGED** that judgment be entered for the Defendant and against the Plaintiff, each party to bear its own costs.

Date:   05/06/2005

                                                                         SARAH EVANS BARKER, JUDGE
                                                                         United States District Court
                                                                         Southern District of Indiana

Copy to:

Robert L. Clark
HOEPPNER WAGNER & EVANS LLP
rclark@hwelaw.com

Mark E. Schmidtke
HOEPPNER WAGNER & EVANS LLP
mschmidtke@hwelaw.com

Ronald E. Weldy
ABRAMS & WELDY
weldy@abramsweldy.com